### [ FROST v. WAYTE ]

John Frost plaint. ag$^t$ Richard Wayte Marshall Defend$^t$ in an action of the case for refuseing or neglecting the duty of his office for that the s$^d$ Marshall hath not extended an Execution deliu$^{rd}$ unto him about three yeares since upon the Estate or person of John Eyre of havaril for eighteen pounds mony to bee deliu$^{rd}$ to the s$^d$ Frost, or at least not deliu$^{rd}$ any thing to the plaint. by virtue thereof nor returned the s$^d$ Execution to the Officer that granted the same according to Law & his promiss also to the last County Court in Boston; whereby the plaint. is damnified at least twenty pounds in mony w$^{th}$ other due damages according to attachm$^t$ dat. april: 8th 1676. . . . The Jury . . . found for the plaint. ten pounds damage & costs of Court being          & declare the former judgem$^t$ to stand good for the plaint. to renew his Execucion.

Execucion issued April. 27$^o$ 1676.